PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jose Lopez                     Cr.: 09-00559-001
                                                                     PACTS #: 49646

Name of Sentencing Judicial Officer:   THE HONORABLE ROBERT B. KUGLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/15/2010

Original Offense:   Count One: Conspiracy to Distribute and Possession with Intent to Distribute More than 1000 Kilograms of Marijuana, 21 U.S.C. § 846 (21:841 (a)(1) and (b)(1)(A)(vii))

Original Sentence: 120 months imprisonment, 5 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment and Mental Health Treatment.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 01/24/2021

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Mexico from June 18, 2024, to June 21, 2024. He will travel alone to celebrate his son's high school graduation. During his stay, Mr. Lopez will reside at the Extended Suites Hotel in Baja California, Mexico.

U.S. Probation Officer Action:

Our office recommends the travel request be approved. Mr. Lopez reports as instructed, submits monthly supervision reports, and urinalysis submitted have yielded negative results. Jose Lopez has maintained a stable residence and is employed with Marys Landscaping in Vineland, New Jersey. As such, he is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   PATRICK HATTERSLEY
      Supervising U.S. Probation Officer

/smk

Prob 12A – page 2
Jose Lopez

PREPARED BY:

_____         05/21/24
SIMON M. KRIVORUK                            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☑ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

May 21, 2024
Date